STATE OF NEW JERSEY v. NELSON RISPRESS, JR.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES NICOLETTI.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. J. C. WOODALL.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT GRIMES.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A. L.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DOLPHUS L. SHERMAN.

November 16, 1976. Petition for certification denied.